Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM concur.

Order affirmed, with costs, and certified question answered in the affirmative, in a memorandum.

---

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNERSHIP et al., Appellants.

Submitted October 21, 2013; decided November 14, 2013

Motion by Make the Road New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

---

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNERSHIP et al., Appellants.

Submitted October 21, 2013; decided November 14, 2013

Motion by The Black Institute for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

---

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNERSHIP et al., Appellants.

Submitted October 21, 2013; decided November 14, 2013

Motion by New York Communities for Change for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.